**Order entered April 27, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01028-CR

**ADOLPH JUNIOR MENJIVAR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-57185-U**

## ORDER

The Court **ORDERS** court reporter Peri Wood to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit nos. 2, 17, 39, and 67, and Defendant's Exhibit nos. 2, 3, 4, 5, 6, 7, and 12.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Peri Wood, official court reporter, 292nd Judicial District, and to counsel for all parties.

/s/    ADA BROWN
        JUSTICE